IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE F. GORDON,

       Petitioner,

v.                                    CASE NO. 1:07cv238-MMP/AK

STATE OF FLORIDA, et al.,

       Respondents.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 3, amended motion to vacate, which has been interpreted as an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed by Willie F. Gordon.  Petitioner is currently involuntarily committed to the Florida Civil Commitment Center in Arcadia, DeSoto County, Florida, pursuant to the Jimmy Ryce Act.  The underlying criminal conviction arose from Volusia County, Florida.  Both DeSoto and Volusia County are located in the Middle District of Florida.  Jurisdiction is therefore appropriate in the United States District Court for the Middle District of Florida, as the district of confinement and conviction.  28 U.S.C. § 2241(d).   Under no circumstances is this cause properly pending in this district.

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this   **10th**   day of January, 2008.

                                        **s/ A. KORNBLUM**
                                        **ALLAN KORNBLUM**
                                        **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

1:07cv238-MMP/AK